THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENARO CAM-POS, Appellant, v JAMES CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted November 30, 2009; decided January 19, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HIN-TON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted November 23, 2009; decided January 19, 2010

Reported below, 66 AD3d 1402, 1403.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal from Supreme Court's order denying a motion for reconsideration, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.

Judge PIGOTT taking no part.